**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs. Case No. 3:18-cr-89-J-34JRK

REGINALD BROWN

---

**O R D E R**

The Court examined the Defendant, **Reginald Brown**, under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and **Thomas M. Bell, Esquire** is hereby appointed to represent the Defendant. It appears that funds are available for reimbursement in part for the services rendered to the Defendant by appointed counsel. Accordingly, pursuant to Title 18, United States Code, Section 3006A(f), **no later than July 16, 2018**, Defendant shall deposit $1,000.00 to the Clerk of Court for deposit into the current CJA appropriations account. Said deposit shall be set aside for reimbursement of attorney's fees and costs expended on Defendant's behalf. Thereafter, should Defendant's financial circumstances change, Defendant may be required to make monthly deposits into the registry of the Clerk of Court each month for the pendency of the case.

**DONE AND ORDERED** at Jacksonville, Florida on June 14, 2018.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Asst. U.S. Attorney (Duva/Coolican)
Thomas M. Bell, Esquire
Defendant
Finance