UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 3:18-cr-89-J-34JRK

REGINALD BROWN
_____/

## DEFENDANT'S NOTICE OF FILING EXHIBIT

The Defendant, Reginald Brown, by and through the undersigned attorney, respectfully provides notice of filing the following exhibit in support of Reginald Brown's Motion to Sever (Doc. 59):

Exhibit 1: Affidavit of Katrina Brown dated October 19, 2018.

Respectfully submitted,

***S:// Thomas M. Bell***
THOMAS M. BELL, #0615692
301 West Bay Street, Suite 1460
Jacksonville, Florida 32202
Telephone (904) 354-0062
Telecopier (904) 353-1315
tbellesq@bellsouth.net
Attorney for Reginald Brown

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2018, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to A. Tysen Duva, AUSA and Michael Coolican, AUSA.

S:// Thomas M. Bell
THOMAS M. BELL

# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

KATRINA BROWN
REGINALD BROWN

Case No.   3:18-cr-89-J-34 KB
Ct. 1:        18 U.S.C. § 1349
Cts. 2-14:   18 U.S.C. §§ 1341 & 2
Cts. 15-27:  18 U.S.C. §§ 1343 & 2
Cts. 28-33:  18 U.S.C. §§ 1957 & 2
Cts. 34 & 35: 18 U.S.C. § 1349 & 1344
Cts. 36 & 37: 18 U.S.C. § 1014
Ct. 38:       26 U.S.C. § 7203

# AFFIDAVIT

I KATRINA BROWN A RESIDENT OF JACKSONVILLE, FLORIDA, CO DEFENDANT IN THE MATTER OF UNITED STATES OF AMERICA V. KATRINA BROWN, AND REGINALD BROWN

I KATRINA BROWN SWEAR AND TESTIFY UNDER OATH THAT IN THE ABOVE STATED MATTER, I DID NOT CONSPIRE WITH CO-DEFENDANT MR REGINALD BROWN IN ANY MATTER OR FORMS AS STATED IN :

1) COUNT ONE : CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD
2) COUNTS TWO TO TWENTY SEVEN: TO COMMIT AIDING AND ABETTING MAIL AND WIRE FRAUD
3) COUNTS TWENTY EIGHT TO THIRTY THREE: TO COMMIT ILLEGAL MONETARY TRANSACTIONS.

IF THE MOTION FOR SEVERANCE IS GRANTED, I WILL TESTIFY AS A WITTNESS IN THE TRIAL OF MR. REGINALD BROWN, IN WHICH CASE, I WILL PROVIDE EXCULPATORY TESTIMONY TO THE COURT .

_/s/ Katrina B_____

AFFIANT

STATE OF FLORIDA COUNTY OF ___Duval_____ Sworn to (or affirmed) and subscribed before me this __19__ day of __October_____, 20_18_ by __Dora Ann Smiley__.

_____Dora Ann Smiley_____ (Signature of Notary Public—State of Florida)

_____ (Print, Type, or Stamp Commissioned Name of Notary Public) Personally Known _____ OR Produced Identification _____ Type of Identification Produced _____

Dora Ann Smiley
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG057380
Expires 12/21/2020